COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983.

FILED
JAN 28 AM 10:51

NAME  WEAVER      WILLIE
      (LAST)      (FIRST)      (INITIAL)

PRISONER NUMBER  J-91389      (PR)

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION,)
VS.

PELICAN BAY FOOD SERVICE SECOND WATCH OFFICERS 01/12/08 P.S.U B-FACILITY
(ENTER THE FULL NAME OF THE DEFENDANT(S) IN THIS ACTION))

CASE NO. CV 08 00654 JW
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)
   A. PLACE OF PRESENT CONFINEMENT  P.S.U
   B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION?
      YES (✓)    NO ( )
   C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE?  YES (✓)   NO ( )
   D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW. IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL, EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____
4. THIRD FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?    YES ( )   NO (✓)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY.
WILLIE WEAVER, PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT, HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY FOOD SERVICE SECOND WATCH OFFICERS 01/12/08 P.S.U B-FACILITY

COMPLAINT                    - 2 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 01/12/08 there was no lunch meat, no chips, or cookie's in plaintiff lunch bag, see California Code Regulations Title 15, Article 4. 3050 (A)(1)(2)

See: California Code Regulations Title 15, Article 2, 3391. (D)

Or see: California Code Regulations Title 15, Artice 2, 3413. (A)

The defendant's showed diliberate indiffence under the Eight Amendment that constitue cruel unusual punishment.

IV. RELIEF

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Liability Damages: 35,000 Thrity Five Thousand Dollars due to: Haraassments, Conspiracy's, U.S. Constitution violation, Pen Code violation

Punitive Damages: 35,000. Thrity Five Thousand Dollars due to. Mental Anguish, Stress Disorder

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  01  day of  12  20 08.

Willie Weaver
(Plaintiff Signature)