03/11/08
WILLIE WEAVER
J-91389  B-2-210
PELICAN BAY STATE
PRISON  P.O. BOX 7000
CRESCENT CITY, CA.
95531.

WILLIE WEAVER,
            PLAINTIFF,

VS.
PELICAN BAY STATES
PRISON,

            DEFENDANT(S).

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

CASE NO. CV-08-00654
JW (PR)

AFFIDAVIT FOR
EXTENSION OF TIME

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF WILLIE WEAVER HERE BY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PRO PRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPORATION FROM LEGAL LAW LIBRARY.

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

                          Willie Weaver
                          SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
         PLAINTIFF,
VS.

PELICAN BAY STATE PRISON,
              DEFENDANT(S),

CASE NO, CV-08-00654 JW (PR)

PROOF OF SERVICE

I HEREBY CERTIFY THAT ON: 3/11/08, I SERVED A COPY OF THE ATTACHED THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) WERE IN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATE MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
    450 GOLDEN GATE AVENUE
    SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

                              Willie Weaver
                         (SIGNATURE OF PERSON
                          COMPLETING SERVICE)

