IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EUGENE WEAVER,<br><br>  Plaintiff,<br><br> vs.<br><br>PELICAN BAY FOOD SERVICE, et al.,<br><br>  Defendants. | No. C 08-00654 JW (PR)<br><br>JUDGMENT<br><br><br><br>(Docket No. 3) |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the full filing fee or apply for leave to proceed in forma pauperis, so on January 28, 2008, this Court's clerk sent him a notice that he must either pay the full filing fee or file an in forma pauperis application within thirty days or the case would be dismissed. Although the thirty days had passed, plaintiff filed a motion for extension of time on March 17, 2008, requesting an additional thirty days to file an in forma pauperis application. The additional thirty days has long since passed, and plaintiff has failed to file the application.

For the foregoing reasons, this case is DISMISSED without prejudice. Judgment is entered accordingly. The clerk shall terminate Docket No. 3, and close the file.

DATED: May 15, 2008

JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.08\Weaver00654_judgment.def-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>            Plaintiff,<br><br>  v.<br><br>PELICAN BAY FOOD SERVICE, et al.,<br><br>           Defendants. | Case Number: CV08-00654 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  May 23, 2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated:  May 23, 2008

                                            Richard W. Wieking, Clerk
                                 /s/ By: Elizabeth Garcia, Deputy Clerk