FILED
08 JUN -4 PM 1:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/30/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
   PLAINTIFF,
VS.
PELICAN BAY STATE
PRISON FOOD SERVICE
   DEFENDANT

CASE NO. C-08-00654 JW

NOTICE OF APPEAL

YOUR HONORABLE JUDGE,
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 05/15/08.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

PELICAN BAY STATE PRISON FOOD SERVICE
DEFENDANT,

CASE NO. C-08-00654 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 05/30/08, I served a copy of the attached ~~three~~ exact motion notice of appeal

by placing a copy in a postage paid envelope addressed to the person(s), herein after listed, by depositing said envelope in the United State mail at: PELICAN BAY STATE PRISON P.O. BOX 700 CRESCENT CITY, CA. 95531,

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT,

Willie Weaver
SIGNATURE

WILLIE WEAVER
J-91389 B-2-20
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

P.S.U. UNIT B-2



UNITED STATES POSTAGE
$00.590
JUN 02 2008
MAILED FROM ZIP CODE 95531

CASE NO. CV-08-00654
OFFICE OF THE CLERK:
IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA 450
GOLDEN GATE AVENUE
SAN FRANCISCO, CA
94102