**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 9, 2008

Willie Weaver
J-91389 B-2-210
Pelican Bay State Prison
PO Box 7000
Crescent City, CA 95531

SUBJECT:   Request for Payment of Docket Fee

    Title: **WILLIE WEAVER -v- PELICAN BAY STATE PRISON**
    Case Number:   **CV 08-00654 JW**
    Court of Appeals Number:

A notice of appeal was filed with this Court on 6/4/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Sandy M*

by: Sandy Morris
Case Systems Administrator

cc: U.S. Court of Appeals